United States District Court
Eastern District of Texas
Sherman Division

| | | |
|---|---|---|
| **Guy Serrano,** | § § § | |
| *Plaintiff,* | § | |
| v. | § § | Case No. 4:17-cv-212 |
| **24 Hour Fitness USA, Inc.,** | § § | |
| *Defendant.* | § | |

# AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, Plaintiff Guy Serrano and Defendant 24 Hour Fitness USA, Inc. appeared and through their respective counsel of record, informed the Court that all of Plaintiff's claims against Defendant has been resolved and a settlement reached;

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Plaintiff's causes of action be dismissed with prejudice against the re-filing of same, that all costs be paid by the party incurring same, and that any and all relief not expressly granted herein is expressly denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
SIGNED this 18th day of January, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE